[No. 75026-7-I.  Division One.  December 27, 2016.]

JOHN URQUHART, *as King County Sheriff*, ET AL., *Respondents*, v. $6,510.00 CASH ET AL., *Defendants*, RICHARD MENDALL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 15-2-00716-5, Samuel Chung, J., entered September 22, 2015. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker and Dwyer, JJ.

[No. 75128-0-I.  Division One.  December 27, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD CLARENCE FORTIN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 15-1-02727-6, Janice E. Ellis, J., entered April 5, 2016. *Remanded* by unpublished per curiam opinion.

[No. 75515-3-I.  Division One.  December 27, 2016.]

LAKE WASHINGTON SCHOOL DISTRICT, *Respondent*, v. C.L., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 16-7-01006-5, J. Wesley Saint Clair, J., entered June 14, 2016. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 47007-1-II.  Division Two.  December 28, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JAYCEE FULLER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-01865-2, Ronald E. Culpepper, J., entered December 19, 2014. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Maxa, A.C.J., and Worswick, J.